**No. 26-4392**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,

*Appellee*

*v.*

THOMAS C. GOLDSTEIN,

*Appellant*.

On Appeal from the United States District Court
for the District of Maryland (No. 1:25-cr-00006-LKG)
The Honorable Lydia K. Griggsby

# DEFENDANT-APPELLANT'S NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF HIS MOTION FOR RELEASE PENDING APPEAL

In accordance with Local Rule 27(d)(2), notice is hereby given that Defendant-Appellant Thomas C. Goldstein intends to file a reply in support of his motion for release pending appeal, Dkt. No. 10, no later than September 4, 2026. Mr. Goldstein respectfully requests that the Court not act on his motion until the reply is received.

Dated: August 18, 2026

Respectfully submitted,


/s/ Elizabeth B. Prelogar
Elizabeth B. Prelogar
Andrew D. Goldstein
Ephraim A. McDowell
Elias S. Kim
Jade Ford
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004
(202) 842-7800
eprelogar@cooley.com

*Counsel for Defendant-Appellant Thomas C. Goldstein*

Jonathan Kravis
LIU SHUR KRAVIS LLP
607 Fourteenth Street, NW
Suite 625
Washington, DC 20005
(202) 240-7100
jonathan.kravis@lskllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Elizabeth B. Prelogar*
Elizabeth B. Prelogar