**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 18, 2026

---

RESPONSE REQUESTED

---

No. 26-4392, US v. Thomas Goldstein
8:25-cr-00006-LKG-1

TO: United States of America

RESPONSE DUE: 08/25/2026

Response is required to the motion for bail or release pending appeal on or before 08/25/2026.

**Any reply will be due within 7 days after the filing of the response.**

T. Webb, Deputy Clerk
804-916-2702