FILED: August 26, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4392
(8:25-cr-00006-LKG-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

THOMAS C. GOLDSTEIN

Defendant - Appellant

---

O R D E R

---

Upon consideration of the certificate of confidentiality, the court places the sealed supplemental appendix to the response to the motion for release under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk