No. 26-4392

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,

*Appellee*

*v.*

THOMAS C. GOLDSTEIN,

*Appellant.*

On Appeal from the United States District Court
for the District of Maryland (No. 1:25-cr-00006-LKG)
The Honorable Lydia K. Griggsby

# DEFENDANT-APPELLANT THOMAS C. GOLDSTEIN'S REPLY IN SUPPORT OF OPPOSED MOTION FOR EXPANDED WORD LIMITS

The government concedes (at 2) that this case "involves a significant record" and acknowledges (at 3) that in most cases involving similar records, the government has not opposed expanded word limits. Yet the government opposes expanding the word limit here because Mr. Goldstein's motion for release pending appeal adhered to this Court's word limit and because he does not plan to raise a sufficiency-of-the-evidence argument. Those justifications do not withstand scrutiny.

**1.** Mr. Goldstein's ability to comply with this court's word limit in briefing his motion for release pending appeal has no bearing on whether additional words are required to properly and thoroughly address the issues in the merits briefing. Although the government claims (at 2) that the merits briefing will be more

concise, the opposite is true. To secure release pending appeal, a defendant need only demonstrate that his appeal will "raise[] a substantial question of law or fact." 18 U.S.C. § 3143(b)(1). Accordingly, Mr. Goldstein omitted a statement of the facts and included only the points necessary to convey that he will raise at least one substantial question. His merits brief, by contrast, will contain a detailed statement of facts and will use those facts to brief multiple complex legal issues.

**2.** Although Mr. Goldstein does not intend to raise a sufficiency-of-the-evidence argument, the arguments he does plan to raise will require a detailed description of the factual record. Indeed, each of the arguments Mr. Goldstein identified in his motion arises from a different portion of the six-week trial. Additionally, briefing the harmless error sections of those arguments will require extensive engagement with the underlying facts.

**3.** Moreover, this Court's practice refutes the government's claim that only sufficiency-of-the-evidence arguments justify expanded word limits. For instance, in *United States v. McDonnell*, this court granted the appellant's request to file a 21,000-word opening brief. No. 15-4019 (4th Cir. Feb. 2, 2015), Dkt. 45. Only 1,000 words of that brief—the portion addressing whether Governor McDonnell promised or performed an "official action"—can be construed as addressing the sufficiency of the evidence. No. 15-4019 (4th Cir. Mar. 2, 2015), Dkt. 55.

Accordingly, this Court should grant the motion to expand the word limit.

Dated: August 31, 2026

Respectfully submitted,


*/s/ Elizabeth B. Prelogar*
Elizabeth B. Prelogar
Andrew D. Goldstein
Ephraim A. McDowell
Elias S. Kim
Jade Ford
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004
(202) 842-7800
eprelogar@cooley.com

*Counsel for Defendant-Appellant Thomas C. Goldstein*

Jonathan Kravis
LIU SHUR KRAVIS LLP
607 Fourteenth Street, NW
Suite 625
Washington, DC 20005
(202) 240-7100
jonathan.kravis@lskllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Elizabeth B. Prelogar*
Elizabeth B. Prelogar

## CERTIFICATE OF COMPLIANCE

I certify that:

1. This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it consists of 362 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced, serif typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Elizabeth B. Prelogar*
Elizabeth B. Prelogar