FILED: September 1, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4392
(8:25-cr-00006-LKG-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

THOMAS C. GOLDSTEIN

Defendant - Appellant

---

O R D E R

---

Upon consideration of appellant's unopposed motion for extension of time to file a reply in support of the motion for release pending appeal, the court grants the motion and extends the time to file a reply to September 4, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk