No. 26-4392

**IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

THOMAS C. GOLDSTEIN,

*Defendant-Appellant*.

On Appeal from the United States District Court for the District of Maryland (No. 1:25-cr-00006-LKG) The Honorable Lydia K. Griggsby

# DEFENDANT-APPELLANT THOMAS C. GOLDSTEIN'S MOTION REGARDING ORAL ARGUMENT

Defendant-Appellant Thomas C. Goldstein respectfully moves this Court to schedule oral argument for the above-captioned matter during the Court's January 26-29, 2027 sitting. Mr. Goldstein filed his opening brief 16 days after the briefing order for the above-captioned matter was issued—and 19 days before the deadline imposed by that order—to facilitate the requested schedule.

The United States opposes this request as premature.

Dated: September 11, 2026

Respectfully submitted,

*<u>/s/ Elizabeth B. Prelogar</u>*
Elizabeth B. Prelogar
Andrew D. Goldstein
Ephraim A. McDowell
Elias S. Kim
Jade Ford
Sahar Atassi
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004
(202) 842-7800
eprelogar@cooley.com

*Counsel for Defendant-Appellant*

Jonathan Kravis
LIU SHUR KRAVIS LLP
607 Fourteenth Street, NW
Suite 625
Washington, DC 20005
(202) 240-7100
jonathan.kravis@lskllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Elizabeth B. Prelogar*
Elizabeth B. Prelogar

## CERTIFICATE OF COMPLIANCE

I certify that:

1. This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it consists of 64 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced, serif typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Elizabeth B. Prelogar*
Elizabeth B. Prelogar