FILED: September 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4392
(8:25-cr-00006-LKG-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

THOMAS C. GOLDSTEIN

Defendant - Appellant

------------------------------

PROFESSOR ANDREW MANUEL CRESPO; PROFESSOR JOSHUA DRESSLER; PROFESSOR CAROL STEIKER

Amici Supporting Appellant

---

O R D E R

---

Professors Andrew Manuel Crespo, Joshua Dressler, and Carol Steiker have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk