FILED: September 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4392
(8:25-cr-00006-LKG-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

THOMAS C. GOLDSTEIN

Defendant - Appellant

------------------------------

PROFESSOR ANDREW MANUEL CRESPO; PROFESSOR JOSHUA DRESSLER; PROFESSOR CAROL STEIKER; JOHN M. DOWD

Amici Supporting Appellant

---

O R D E R

---

John M. Dowd has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk