FILED: September 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-4392
(8:25-cr-00006-LKG-1)

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

THOMAS C. GOLDSTEIN

Defendant - Appellant

------------------------------

PROFESSOR ANDREW MANUEL CRESPO; PROFESSOR JOSHUA DRESSLER; PROFESSOR CAROL STEIKER; JOHN M. DOWD

Amici Supporting Appellant

O R D E R

Upon consideration of submissions relative to appellant's motions for release pending appeal, for expanded word limits, and to accelerate case processing, the court denies the motions.

For the Court

/s/ Nwamaka Anowi, Clerk