FILED: September 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4392
(8:25-cr-00006-LKG-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

THOMAS C. GOLDSTEIN

Defendant - Appellant

------------------------------

PROFESSOR ANDREW MANUEL CRESPO; PROFESSOR JOSHUA DRESSLER; PROFESSOR CAROL STEIKER; JOHN M. DOWD

Amici Supporting Appellant

---

O R D E R

---

The court strikes the opening brief. A corrected opening brief, adhering to length limits allowed by FRAP 32(a)(7), is due 09/29/2026.

Response brief due: 10/20/2026

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk