FILED: October 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-4392
(8:25-cr-00006-LKG-1)

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

THOMAS C. GOLDSTEIN

Defendant - Appellant

------------------------------

PROFESSOR ANDREW MANUEL CRESPO; PROFESSOR JOSHUA DRESSLER; PROFESSOR CAROL STEIKER; JOHN M. DOWD

Amici Supporting Appellant

O R D E R

The court extends the briefing schedule as set forth below, but counsel is advised that no further extensions will be granted for filing the response brief absent a showing of extraordinary circumstances.

Response brief due: 10/27/2026

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk